# Third District Court of Appeal

## State of Florida

Opinion filed August 10, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2402
Lower Tribunal No. 11-27645-SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Best American Diagnostic Center, Inc., a/a/o Genoveva Rodriguez,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Ayana Harris, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Ft. Lauderdale), for appellee.


Before FERNANDEZ, C.J., and HENDON, and LOBREE, JJ.

PER CURIAM.

United Automobile Insurance Company appeals the final judgment entered by the trial court after entry of summary judgment on the reasonableness of a diagnostic test based on the doctrine of collateral estoppel. We reverse and remand consistent with our recent decision in United Automobile Insurance Co. v. Millennium Radiology, LLC, 337 So. 3d 834 (Fla. 3d DCA 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case. The identity element of collateral estoppel, therefore, is not satisfied.").

Reversed and remanded.